## WARD *v.* WARDEN OF THE MARYLAND HOUSE OF CORRECTION

[App. No. 33, September Term, 1962.]

*Decided November 13, 1962.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT, HORNEY, MARBURY and SYBERT, JJ.

PER CURIAM.

For the reasons stated in the memorandum opinion filed by Judge Evans in the lower court, the application of Amos E. Ward for leave to appeal from the order dismissing his second petition for post conviction relief from his imprisonment for forgery is hereby denied. The first application was denied *per curiam* in *Ward v. Warden,* 222 Md. 595, *cert. den.* 363 U. S. 816.

*Application denied.*